IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 00-cv-02361-WDM-OES (and related Civil Action Nos. 00-cv-02362-WDM-OES, 00-cv-02363-WDM-OES, and 00-cv-02365-WDM-OES through 00-cv-02374-WDM-OES)

WYRICK G. DEANE,

      Plaintiff,

v.

MILTON TUCKER, et al.,

      Defendants.

---

## ORDER EXTENDING ADMINISTRATIVE CLOSURE

Miller, J.

These matters are before me on the Joint Motion to Continue Certain Administrative Closures, filed November 16, 2006 (docket no. 28), requesting that an order issue continuing the administrative closure in thirteen (13) related actions, Civil Action Nos. 00-cv-02361-WDM-OES through 00-cv-02363-WDM-OES, and 00-cv-02365-WDM-OES through 00-cv-02374-WDM-OES.  The parties represent that they have reached settlements, in principle, of these related actions but need additional time, to June 1, 2007, to allow evaluation and approval of the terms of the settlements by the relevant federal agencies.  I concur with the parties' request.

Accordingly, it is ordered:

1.    The joint motion to continue the administrative closures, filed November 16, 2006 (docket no. 28), is granted.

2.      The administrative closures of these related cases are extended to June 1,

2007.

3.      If no action is taken to reopen the cases on or before June 1, 2007, these cases

will be dismissed without prejudice without further notice to any party.

DATED at Denver, Colorado, on November 20, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge