IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. Civil Action No. 00-cv-02361-WDM-MEH (concerning related case nos 00-cv-02361-WDM-MEH through 02363-WDM-MEH; and case nos. 00-cv-02365-WDM-MEH through 02374-WDM-MEH; and, Concerning Case Nos. 00-cv-02364-MJW-MEH and 00-cv-02394-MJW-MEH

WYRICK G. DEANE,

     Plaintiff,

v.

MILTON TUCKER, et al.,

     Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for

Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(ii).  No further pleading has been

filed.  Accordingly, the complaint is dismissed with prejudice, each party to pay his or its

own costs and attorneys' fees.

DATED at Denver, Colorado, on October 26, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge